STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC**.<br><br>*Plaintiff*,<br><br>v.<br><br>**KEEP TRUCKIN, INC.**,<br><br>*Defendant.* | CASE NO. : 3:22-CV-00221-VC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KEEP TRUCKIN, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Social Positioning Input Systems, LLC ("Plaintiff") and Defendant Keep Truckin, Inc. ("Defendant"), by and through their respective counsel, pursuant to Civil L.R. 6-1(a), as follows:

The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) in the above-captioned action shall be extended to and including Monday, April 25, 2022.

DATED: March 18, 2022

Respectfully submitted,

**SML AVVOCATI P.C.**

/s/ Stephen M. Lobbin
STEPHEN M. LOBBIN
sml@smlavvocati.com
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorneys for Plaintiff*

**KELLEY DRYE & WARREN LLP**

/s/ Andrew W. Homer
ANDREW W. HOMER
ahomer@kelleydrye.com
7825 Fay Avenue
Suite 200
Tel: (858) 795-0426

*Attorneys for Defendant*

### DECLARATION PURSUANT TO CIVIL L.R. 5-1(h)(3)

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendant's counsel.

        /s/ Stephen M. Lobbin
STEPHEN M. LOBBIN